UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND J. TRANCHANT, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 2:22-CV-50–D** |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusion in the M&R [D.E. 19], DENIES plaintiff's motion for judgment on the pleadings [D.E. 14], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 11, 2023, and Copies To:**
Branch W. Vincent , III          (via CM/ECF electronic notification)
Samantha Zeiler                    (via CM/ECF electronic notification)

DATE:                                          PETER A. MOORE, JR., CLERK
August 11, 2023                          (By) /s/ Stephanie Mann
                                                      Deputy Clerk